14-45
*Tashara Pinet v. County of Onondaga, et al.*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand fourteen.

PRESENT:  RICHARD C. WESLEY,
               PETER W. HALL,
               GERARD E. LYNCH,
                     *Circuit Judges.*

---

TASHARA PINET, Proposed Administrator
of the Estate of Raul Pinet, Jr.,

             *Plaintiff-Appellant,*

    -v.-                              No. 14-45

COUNTY OF ONONDAGA, KEVIN E.
WALSH, in his individual and official
capacity as the Sheriff of Onondaga
County, ONONDAGA COUNTY
SHERIFF'S OFFICE, KEVIN BRISSON, in
his individual and official capacity as the

1

Head of the Security and Operation
Division for the Onondaga County
Sheriff's Office Custody Department,
RICHARD CARBERY, in his individual
and official capacity as the Chief of the
Onondaga Sheriff's Office Custody
Department, JOHN DOES 1-10, said
names being fictitious as the individual
corrections officers who were in charge of
decedent while at the Onondaga County
Justice Center,

<em>Defendants-Appellees.</em>*

| | |
|---|---|
| For Plaintiff-Appellant: | Brian M. Dratch, Franzblau Dratch, P.C., Livingston, N.J. |
| For Defendants-Appellees: | Kathleen M. Dougherty, Senior Deputy County Attorney, *for* Gordon J. Cuffy, Onondaga County Attorney, Syracuse, N.Y. |

Appeal from the United States District Court for the Northern District of New York (Sharpe, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED,**

**ADJUDGED AND DECREED** that the judgment is **AFFIRMED**.

Plaintiff Tashara Pinet appeals from a Memorandum-Decision and Order in the United States District Court for the Northern District of New York (Sharpe, J.) dated November 26, 2013. We affirm for reasons stated by the district court.

---

* The Clerk of the Court is directed to amend the caption as above.

The judgment of the district court is **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk